UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SHERRY D. NAQUIN                                            CIVIL ACTION

VERSUS                                                      NO: 08-1661-MVL-SS

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 14) is granted and the motion of the plaintiff, Sherry D. Naquin, for summary judgment (Rec. doc. 11) is denied.

New Orleans, Louisiana, this 3rd day of April, 2009.

UNITED STATES DISTRICT JUDGE